IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JAMES DION PALMER,**

    Petitioner,

v.                                                             Civil Action No. 3:23cv20

**SAN FRANCISCO CITY JAIL SHERIFF,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on February 7, 2023, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by the United States District Court for the Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the February 7, 2023 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4-20-2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge